UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61557-CIV-DIMITROULEAS

AL-GHENA INTERNATIONAL CORP.
and SHAIRCO NEW JERSEY (as an
assignee of Shairco for Trading, Industry
and Contracting),

    Plaintiffs,

vs.

TALAT RADWAN, JASON RADWAN,
CORTEZ HOLDING GROUP, INC.,
CORTEZ PROPERTY DEVELOPMENT LLC;
and JOHN DOES 1-10 (being fictitious names),

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice (the "Notice") [DE 73], filed herein on December 4, 2013. The Court has carefully considered the Notice [DE 73] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 73] is **APPROVED**;

2. Defendant Cortez Property Development LLC is hereby **DISMISSED WITHOUT PREJUDICE**; and

3. The case remains open as to all other Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this

5th day of December, 2013

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record