# INVOICE

U.S. Legal Support, Inc.
100 Northeast Third Avenue
Suite 1050
Fort Lauderdale FL 33301
Phone: 954-463-2933  Fax: 954-525-8919

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1276672 | 1/12/2016 | 1362768 |
| Job Date | Case No. | |
| 1/5/2016 | 13CV61557DIMITROULEAS/SNOW | |
| Case Name | | |
| Al-Ghena International Corp. vs. Talat Radwan | | |
| Payment Terms | | |
| Due upon receipt | | |

Steven Fender, Esquire
GreenspoonMarder, P.A.
Trade Center South
100 West Cypress Creek Road
Suite 700
Fort Lauderdale FL 33309

29334.0001

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Lennard Charles - Vol I | 162.00 Pages | @ | 3.85 | 623.70 |
| 2-Day Expedited Transcript | | | | 562.14 |
| Attendance - First Hour | | | 75.00 | 75.00 |
| Additional Hour(s) | 7.00 | @ | 45.00 | 315.00 |

TOTAL DUE >>>     $1,575.84
AFTER 2/26/2016 PAY     $1,733.42

Ordered by:
Beth-Ann Krimsky, Esq

(-) Payments/Credits:     0.00
(+) Finance Charges/Debits:     0.00
(=) New Balance:     1,575.84

Invoices not paid by due date will be subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238     Phone: 954-491-1120  Fax: 954-771-9264

*Please detach bottom portion and return with payment.*

Steven Fender, Esquire
GreenspoonMarder, P.A.
Trade Center South
100 West Cypress Creek Road
Suite 700
Fort Lauderdale FL 33309

Job No. : 1362768     BU ID : 52-FT.LA
Case No. : 13CV61557DIMITROULEAS/SNOW
Case Name : Al-Ghena International Corp. vs. Talat Radwan

Invoice No. : 1276672     Invoice Date : 1/12/2016
Total Due : $ 1,575.84

Remit To: U.S. Legal Support, Inc.
P.O. Box 4772-12
Houston TX 77210-4772

**PAYMENT WITH CREDIT CARD**    AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:     Phone#:
Billing Address:
Zip:     Card Security Code:
Amount to Charge:
Cardholder's Signature:

COMPOSITE EXHIBIT B

# INVOICE

U.S. Legal Support, Inc.
100 Northeast Third Avenue
Suite 1050
Fort Lauderdale FL 33301
Phone: 954-463-2933  Fax: 954-525-8919

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1276674 | 1/12/2016 | 1362773 |
| Job Date | Case No. | |
| 1/6/2016 | 13CV61557DIMITROULEAS/SNOW | |

**Case Name**

Al-Ghena International Corp. vs. Talat Radwan

**Payment Terms**

Due upon receipt

Steven Fender, Esquire
GreenspoonMarder, P.A.
Trade Center South
100 West Cypress Creek Road
Suite 700
Fort Lauderdale FL 33309

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Lennard Charles - Vols II & III | | | | |
| 293.00 Pages | @ | 3.85 | | 1,128.05 |
| 2-Day Expedited Transcript | | | | 1,016.71 |
| Attendance - First Hour | | | 75.00 | 75.00 |
| Additional Hour(s) | 5.00 | @ | 45.00 | 225.00 |

TOTAL DUE >>>      $2,444.76
AFTER 2/26/2016 PAY      $2,689.24

Reference No. : 7612460

Ordered by:
Beth-Ann Krimsky, Esq

(-) Payments/Credits:      0.00
(+) Finance Charges/Debits:      0.00
(=) New Balance:      2,444.76

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238

Phone: 954-491-1120  Fax: 954-771-9264

*Please detach bottom portion and return with payment.*

Steven Fender, Esquire
GreenspoonMarder, P.A.
Trade Center South
100 West Cypress Creek Road
Suite 700
Fort Lauderdale FL 33309

Job No.     : 1362773        BU ID     : 52-FT.LA
Case No.    : 13CV61557DIMITROULEAS/SNOW
Case Name   : Al-Ghena International Corp. vs. Talat Radwan

Invoice No. : 1276674        Invoice Date : 1/12/2016
Total Due   : $2,444.76

Remit To:  U.S. Legal Support, Inc.
           P.O. Box 4772-12
           Houston TX  77210-4772

**PAYMENT WITH CREDIT CARD**     AMEX  MC  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

U.S. Legal Support, Inc.
100 Northeast Third Avenue
Suite 1050
Fort Lauderdale FL  33301
Phone:954-463-2933   Fax:954-525-8919

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1285076 | 2/9/2016 | 1373961 |
| **Job Date** | **Case No.** | |
| 2/2/2016 | 13CV61557DIMITROULEAS/SNOW | |
| **Case Name** | | |
| Al-Ghena International Corp. vs. Talat Radwan | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Steven Fender, Esquire
GreenspoonMarder, P.A.
Trade Center South
100 West Cypress Creek Road
Suite 700
Fort Lauderdale FL  33309

ORIGINAL TRANSCRIPT OF:
  Ihab Hakim
    Attendance - Commencing before 8:30 a.m.

9.00 Pages @ 3.85    34.65
85.00    85.00

TOTAL DUE >>>  $119.65
AFTER 3/25/2016  PAY  $137.60

Reference No.   : 7612460

Ordered by:
Beth-Ann Krimsky, Esq

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238

Phone: 954-491-1120   Fax:954-771-9264

*Please detach bottom portion and return with payment.*

Steven Fender, Esquire
GreenspoonMarder, P.A.
Trade Center South
100 West Cypress Creek Road
Suite 700
Fort Lauderdale FL  33309

Job No.      : 1373961         BU ID      : 52-FT.LA
Case No.     : 13CV61557DIMITROULEAS/SNOW
Case Name    : Al-Ghena International Corp. vs. Talat Radwan

Invoice No.  : 1285076         Invoice Date  : 2/9/2016
**Total Due**  : **$119.65**
AFTER 3/25/2016  PAY  $137.60

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

Remit To:  **U.S. Legal Support, Inc.**
           **P.O. Box 4772-12**
           **Houston TX  77210-4772**



# Invoice

Post Office Box 509
West Palm Beach, FL 33402-0509
WPB (561) 651-7676 • Boca (561) 368-3676
Ft. Lauderdale (954) 239-4540
PicteraSolutions.com

| Invoice Date | 1/29/2016 |
|---|---|
| Due Date | 2/8/2016 |
| Invoice # | 16-54382 |
| Job # | F1601068 |

Federal ID# 20-4093174

| Bill To: | Ship To: (If different) |
|---|---|
| Greenspoon Marder<br>200 East Broward Blvd<br>18th Floor<br>Fort Lauderdale, FL 33301 | Greenspoon Marder<br>200 East Broward Blvd<br>18th Floor<br>Fort Lauderdale, FL 33301 |

| Ordered By: | Terms | AM | Reference # | Case Name |
|---|---|---|---|---|
| Holly Berkower | Net 10 | MT | 29334.1 | |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 8.5 x 11 copies | 4,256 | 0.12 | 510.72T |
| Tabs and Insertion of Tabs | 192 | 0.35 | 67.20T |
| 3 Hole Drilling Originals | 1,112 | 0.02 | 22.24 |
| 3 Hole Drilling Copies | 4,448 | 0.01 | 44.48 |
| 3" Clearview Binder | 10 | 14.99 | 149.90T |

It's been a pleasure working with you!

Your signature represents an agreement that the work has been authorized and received. The party named assures payment according to the terms above. Interest at the rate of the lesser 1.5% or the maximum legal rate may be charged on invoices not paid within the stated terms. Customer agrees to pay all legal fees incurred in the collection of past due accounts.

Please pay from this invoice and remit to the address above

| | |
|---|---|
| Subtotal | $794.54 |
| Sales Tax (6.0%) | $43.67 |
| Total | $838.21 |
| **Balance Due** | **$838.21** |

Received and approved by: _____ Date: _____

29334.0001



**We Understand Each Other®**
**866.727.8707**

8870 W. Oakland Park Blvd. Ste 103
Sunrise, Florida 33351-7215

# INVOICE 154380
Invoice number required on check

Invoice Date
1/5/2016

**PAYABLE BY:**

| | |
|---|---|
| Attn: G. STEVEN FENDER, ESQ. | Client ID  10380 |
| GREENSPOON MARDER, P.A. (FT. LAUDERDALE) | |
| 200 EAST BROWARD BLVD.    # 1800 | |
| FT. LAUDERDALE   FL   33301 | Phone   954-491-1120 |
| USA | Fax      954-771-9264 |

**ORDERED BY:**
HOLLY BERKOWER: (GREENSPOON MARDER, P.A. (FT. LAUDERDALE))
Tel. 954-491-1120
Fax 954-771-9264

**ORDERED FOR:**
GREENSPOON MARDER, P.A. (FT. LAUDERDALE)
Tel. 954-491-1120
Fax 954-771-9264

| | | | | | |
|---|---|---|---|---|---|
| Job ID | 154380 | Lang/Dialect | ARABIC | Case | AL-GHENA INTERNATIONAL, ET AL VS. TALAT & JASON RADWAN, ET AL |
| Date Service | 1/6/2016 | Int. Req. | | | |
| Duration | HOURLY | | | | |
| Start Time | 09:30:00 AM | Job Type | DEPOSITION | Location: | |
| Start Time 2 | | Case Type | | GREENSPOON MARDER, PA (FT LAUDERDALE) | |
| Start Time 3 | | | | 200 EAST BROWARD BLVD. - SUITE 1800 | |
| End Time | | Party | | | |
| Hdlg. Party | G. STEVEN FENDER, ESQ. | File # | | | |
| | | Pol. # | | Fort Lauderdale | |
| Insured | | Case # | 13-CV-61557 DIMITROULEAS/SNOW | FL   33301 | |
| Secty | | Claim # | | | |
| Deponent | CORP. REP. | Adjuster | | | |
| Examinee | | | | Date of Loss or Injury | |
| | 2 Hrs. X  $175.00 | Hourly Total | $350.00 | Special Conditions | |
| | Hrs. X | Overtime Total | | | |
| | | Half Day | | | |
| Amount Paid: | | Full Day | | | |
| Payment date | | Mileage | | | |
| Paid by | | Parking | | | |
| Fin. Charge | | Late cancel. fee | | | |
| Amount Due: | $350.00 | Discount | | APPEARANCE = 2 HOURS | |
| Due by | 2/17/2016 | Bill amount | $350.00 | | |

Payable upon receipt | Federal Tax ID 45-4027849

Any invoice not paid within 30 days shall accrue interest at the rate of 1.5% per month until paid in full. ULS shall be entitled to recover all costs and expenses, including attorney's fees in connection with collection of amounts due or enforcing payment of invoices. Use of ULS services shall be a consent to ULS terms and conditions.

8870 W. Oakland Park Blvd. Ste 103 | Sunrise, FL 33351-7215 | T 954.749.9199 | F 954.578.6088
uls@ULS-FL.com | Toll free 866.727.8707 | www.ULS-FL.com

## Invoice 154380